UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARGARET GENTILE & ROBERT GENTILE )<br>  Plaintiffs, )<br> )<br> )<br> )<br>v. )<br> )<br>CAPITAL MANAGEMENT SERVICES, L.P. & )<br>CITICORP CREDIT SERVICES, INC. )<br>  Defendants )<br>_____) | CASE NUMBER:<br>3:11-CV-00585-VLB<br><br><br><br><br><br>JULY 6, 2011 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A(i), the plaintiffs, Margaret Gentile and Robert Gentile, through their attorney, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFFS, MARGARET GENTILE &
ROBERT GENTILE

By: /s/Daniel S. Blinn_____
Daniel S. Blinn, ct02188
Matthew W. Graeber, ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax. (860) 571-7457

**CERTIFICATION**

I hereby certify that on this 6th day of July, 2011, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn